# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSA G. VANDIVER,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant(s). | Case No. 2:15-cv-00886-GMN-NJK<br><br>ORDER |

The Court hereby SETS a telephonic hearing in this matter for 3:00 p.m. on June 14, 2016. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: June 6, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge