Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Rosa G Vandiver

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROSA G VANDIVER, | Case No.: 2:15-cv-00886-GMN-NJK |
| Plaintiff, | REQUEST FOR CONTINUANCE OF JUNE 14, 2016 TELEPHONE HEARING |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

TO HONORABLE NANCY J. KOPPE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

This Court has set a telephonic hearing in this matter for 3:00 p.m. on June 14, 2016. Request is made that this matter be continued to a mutually agreeable date. This request is made because counsel for plaintiff is unavailable at that time because he will be participating in another hearing. Counsel has conferred with

///

///

///

-1-

1  counsel for the defendant regarding alternate dates.  Both counsel are available to
2  participate in the telephonic hearing on June 17, 2016(morning) or June 20,
3  2016(anytime).  Counsel for both parties will not be available from June 21, 2016
4  through July 11, 2016.
5  DATE: June 9, 2016              Respectfully submitted,

                              ROHLFING & KALAGIAN, LLP

                              /s/ *Marc V. Kalagian*
        BY: _____
               Marc V. Kalagian
               Attorney for plaintiff ROSA G VANDIVER

**GRANTED**.  The telephonic hearing set for June 14 is hereby CONTINUED to 9:00 a.m. on June 17, 2016.  IT IS SO ORDERED.

                              _____
                           United States Magistrate Judge
                           June 10, 2016